IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DAVID A. HUSSAIN,**

    **Plaintiff,**

    v.　　　　　　　　　　　　　　　　CASE NO.

**RESURGENT CAPITAL
SERVICES, L.P.,**

    **Defendant.**
_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on this date, Defendant Resurgent Capital Services, L.P. ("RCS"), by and through its undersigned counsel, hereby removes the above-captioned matter to the United States District Court for the Middle District of Florida, Tampa Division, from the County Court of the Sixth Judicial Circuit in and for Pinellas County, Florida and in support thereof avers as follows:

1. RCS is a Defendant in a civil action originally filed on or about January 4, 2022, in the County Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, titled *David A. Hussain, an individual, v. Resurgent Capital Services, L.P., a foreign entity,* and docketed to Case No. 22-000098-CO.

2. This removal is timely under 28 U.S.C. § 1446(b) as RCS received service of process on January 6, 2022.

3. Pursuant to 28 U.S.C. § 1446, attached hereto are copies of all process, pleadings and orders received by RCS in the state court action.

4. The United States District Court for the Middle District of Florida, Tampa Division, has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against Defendant alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

6. On this date, RCS provided notice of this Removal to counsel for Plaintiff and to the County Court of the Sixth Judicial Circuit in and for Pinellas County, Florida.

WHEREFORE, Defendant Resurgent Capital Services, L.P. respectfully removes this case to the United States District Court for the Middle District of Florida, Tampa Division.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ John M. Marees, II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
MAUREEN WALSH, ESQUIRE
FL Bar No. 28179
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223

        (904) 527-1172
        (904) 683-7353 (fax)
        lburnette@messerstrickler.com
        jmarees@messerstrickler.com
        mwalsh@messerstrickler.com
        *Counsel for Defendant*

Dated: January 26, 2022

### CERTIFICATE OF SERVICE

I certify that on January 26, 2022, a true copy of the foregoing document was served as follows:

*Via U.S. Mail Postage Prepaid:*
Jon P. Dubbeld, Esq.
Swift, Isringhaus & Dubbeld, P.A.
8380 Bay Pines Blvd.
St. Petersburg, FL 33709
*Counsel for Plaintiff*

        **MESSER STRICKLER BURNETTE, LTD.**

By:   */s/ John M. Marees, II*
      LAUREN M. BURNETTE, ESQUIRE
      FL Bar No. 0120079
      JOHN M. MAREES II, ESQUIRE
      FL Bar No. 069879
      MAUREEN WALSH, ESQUIRE
      FL Bar No. 28179
      12276 San Jose Blvd.
      Suite 718
      Jacksonville, FL 32223
      (904) 527-1172

                (904) 683-7353 (fax)
                lburnette@messerstrickler.com
                jmarees@messerstrickler.com
                mwalsh@messerstrickler.com
                *Counsel for Defendants*

Dated: January 26, 2022